AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One Black Nextel Motorola i415 Cellular Telephone without Photo Capabilities Seized From Felix Hernandez-Chavez and In The Custody of DEA

## SEARCH WARRANT

Case Number: **'08 MJ 8400**

TO: __ABEL HEREDIA__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __ABEL HEREDIA__ who has reason to believe
                                                    Affiant

that    on the person of, or   ✓ on the premises known as (name, description and/or location)

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __5/15/08__
                                                      Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~in the daytime — 6:00 A.M to 10.00 P.M.~~ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
__William McCurine__ as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

__6/5/08, 1324 hrs__                                          at   __EL CENTRO     CALIFORNIA__
Date and Time Issued                                                    City and State

William McCurine, U. S. Magistrate Judge                              /s/ W. McCurine
Name and Title of Judge                                               Signature of Judge

AO 93      (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | | Case Number: R6-08-0032 |
|---|---|---|
| DATE WARRANT RECEIVED<br>5/5/2008 | DATE AND TIME WARRANT EXECUTED<br>05-06-2008 / 0950 hrs. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>WITH PHONE |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Jeff Butler | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

One contact list of 1 phone number.

Three recent calls.

"My Info" from phone.

FILED
MAY 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Abel Heredia _____

Subscribed, sworn to, and returned before me this date.

_____           5-20-08
Signature of Judge                   Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One Black Nextel Motorola i415 Cellular Telephone without Photo Capabilities, that was found in the personal property of Felix Hernandez-Chavez at the time of his arrest.



The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

a. telephone numbers of incoming/outgoing calls stored in the call registry

b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963;

d. telephone subscriber information; and

e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963